**FILED**
**SCRANTON**

FEB **28** 2019

PER _____
DEPUTY CLERK

Austin Mark Eveland
SPECIAL MAIL-OPEN ONLY IN THE PRESENCE OF INMATE
Montour County Prison
255 Church Street
Danville, PA 17821



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS

RECEIVED
SCRANTON
MAR 01 2019
PER _____
DEPUTY CLERK

☐ No Order Express
☐ Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ ed, Not Known

☐ No Such Street
☐ No Such Numb
☐ Route No____ Data
Can Initial_____

```
NIXIE        152   5E 1           0202/25/19
          RETURN TO SENDER
               REFUSED
          UNABLE TO FORWARD

BC: 18501114848     Z099N056131-01231
```