3:18cv794 Doc 7 + 8

Austin Mark Eveland
SPECIAL MAIL-OPEN ONLY IN THE PRESENCE OF INMATE
SCI Coal Twp.
1 Kelley Dr.
Coal Township, PA 17866

FILED
SCRANTON
MAR 18 2019
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS



RECEIVED
SCRANTON
MAR 18 2019
PER _____
DEPUTY CLERK

NIXIE    152    40 1    0203/12/19

RETURN TO SENDER
REFUSED

RETURN TO SENDER
CANNOT IDENTIFY
WITHOUT DOC NUMBER