Civil NO. 3:18-CV-0794

# AMENDED COMPLAINT

FILED SCRANTON MAR 27 2019 PER DEPUTY CLERK

I AUSTIN EVELAND HAVE WRITTEN ALL THAT WERE INVOLVED.

On September 5th, C.O. Gajikowski, and SGT LACEY came into my cell in solitary confinement and choked me into unconsciousness. The event happened off camera. C.O. Gajikowski, and SGT Lacey came into my cell without having me or my celly put in restraints. I didn't deny any orders they gave me and they still came in and put me in a choke hold. SGT Lacey was the one who choked me into unconsciousness. C.O. gajikowski threatened me with pepper spray if I even moved or blinked. They didn't follow protocol and used excessive, and uncalled force because I was argueing with C.O. Gajikowski about getting the phone.

After I awoke, they were already dragging me down the stairs. While in the saliport they (SGT. LACEY, and C.O. GAJIKOWSKI) slammed my face into the windows on the door and walls. Before I got to intake they did it again and again. In front of the female state inmates and on camera. In the intake cell, SGT. LACEY through me on the floor and ripped my shirt off aggressively.

I still continue to suffer from Post-Traumatic Stress. I've became distant from others aswell.

→

That was a violation of state law under the color of state law act.

The warden, David Varano put the situation under investigation in which during it, SGT. LACEY Resigned from his job. David Varano Transferred and never told me why. It was also during the investigation when that happened. I apologize for directing what happened to me at columbia county prison on David varano and the jail I didn't know the C.O.'s name or the SGT's at the time. But SGT. LACEY, and C.O. Gajikowski were the ones involved. SGT. LACEY and C.O. Gajikowski are the ones I want to sue for excessive force, assult, and violating my Eighth Amendment.

All of this was recorded on camera and medical has pictures of all of my bruises and body. I'm currently incarcerated at SCI Coal Twp, State prison. I get out May 3rd. My address at home is 133 Main St. Berwick PA 18603.

I have around 12,000# of restitution. I'm seeking around 5000# to 10,000# to pay my restitution off. What SGT. LACEY, and CO. Gajikowski did was uncalled for and a violation of my rights.

Those Two should be the defendants and I apologize for the confusion. Can we change the defendants? To ~~the~~ SGT. Lacey and C.O. Gajikowski.

Smart Communications/PA DOC
Justin Eveland/NL0060
SCI-Coal Twp
P.O. Box 33028
St. Petersburg FL, 33733

INMATE MAIL
PA DEPT OF
CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17866 $ 000.50
02 4W
0000341996 MAR. 25. 2019

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

18501314148 B099

RECEIVED
SCRANTON
MAR 2 7 2019
PER _____ DEPUTY CLERK